UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLE ZERO, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARVEST TEXTILE, CORP., *et al.*,<br><br>Defendants. | Case No. 14-00470-AB (RZx)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Plaintiff's, Double Zero Inc., Application for Default Judgement against Defendant, JB Textiles, Judgment is hereby entered in favor of Plaintiff, Double Zero Inc., against Defendant, JB Textiles,

//

//

//

//

1.

in the principal amount of $25,000.00 plus $2,400.00 in attorney's fees, for a total Judgment amount of $27, 400.00, plus a post judgment interest at the rate of 10% annum.

**IT IS SO ORDERED.**

Dated: November 4, 2014

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE